# Exhibit A

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 440-2023-06917 |

Illinois Department of Human Rights and EEOC
*State or local Agency, if any*

| Name (indicate Mr., Ms., Mrs., Mx.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Mr. William S. Robinson | (redacted) | (redacted) |

| Street Address | City, State and ZIP Code | Email Address |
|---|---|---|
| (redacted) | (redacted) | (redacted) |
| c/o Nathan Volheim, Sulaiman Law Group, 2500 S. Highland Ave., #200, Lombard, IL 60148 | | (employment@sulaimanlaw.com) |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| Wings Over Lincolnland, Inc. | 15+ | (217) 241-0077 |

| Street Address | City, State and ZIP Code | Email Address |
|---|---|---|
| 2315 North Dirksen Parkway | Springfield, IL 62702 | HR Email Unknown |

DISCRIMINATION BASED ON *(Check appropriate box(es).)*

☐ RACE ☐ COLOR ☐ SEX ☐ RELIGION ☐ NATIONAL ORIGIN
☒ RETALIATION ☐ AGE ☒ DISABILITY ☐ GENETIC INFORMATION
☐ OTHER *(Specify below.)* Sexual Orientation

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 04/01/2023   Latest: 05/17/2023
☐ CONTINUING ACTION

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

I, William Robinson, was hired at Wings Over Lincolnland, Inc. d/b/a Wings, Etc. as a Cook on or around April 1, 2023 until I was unlawfully terminated on or around May 17, 2023, on the basis of my disability. I have a physical/mental impairment that substantially limits major life activities. Regardless of my disability, I was qualified to perform the essential functions of my job, with or without reasonable accommodation.

The following is a non-exhaustive list of the disability discrimination, disability harassment, and retaliation I was subjected to:

On or around April 1, 2023 I informed the Store Owner, Crystal, about my disabilities and that I would need to attend a few doctor's appointments. Crystal told me to write down my doctor's appointments and submit them to my Manager.

I had two appointments coming up, one to adjust my hearing aids and one to get my eyes checked. I submitted these appointments to my Manager, Mike (LNU), as directed by Crystal.

Manager Mike told me "you are unreliable", "you are useless", "you are unreliable because of your health" "I am sending you home, if Crystal brings you back I will send you home again", "I don't want those people in my restaurant".

Manager Mike sent me home and terminated my employment.

My employer effectively denied my request for reasonable accommodation and did not engage with me in an interactive process to determine the appropriate accommodation as required by the ADA.

Thus, I believe that I have been discriminated against because of my disability and retaliated against in violation of the Americans with Disabilities Act, as amended and (775 ILCS 5/) Illinois Human Rights Act.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct.<br><br>05 / 30 / 2023    /s/ WSR<br>Date    Charging Party Signature | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT<br><br>SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>*(month, day, year)* |

Doc ID: b0f7a789f588ca5536530072193ed27253cb3df5